GEORGE WHITE v. STATE.

No. A-2831.  Opinion Filed February 11, 1919.

(177 Pac. 550.)

Appeal from District Court, Muskogee County;

R. P. de Graffenried, Judge.

George White was convicted of keeping a place with intent to violate provisions of the prohibitory law, and he appeals. Reversed.

W. P. Miller and Harry F. Eagan, for plaintiff in error.

S. P. Freeling, Atty. Gen., and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. This is an indictment charging that George White did keep a place in the city of Muskogee, known as the "Peerless Drug Store," with the intent and purpose of selling intoxicating liquors. On his trial the jury rendered a verdict of guilty, and fixed his punishment at confinement in the county jail for 30 days and a fine of $300. To reverse the judgment rendered on the verdict an appeal was perfected.

This is a prosecution under section 4, c. 26 Session Laws 1913, which provision of the statute was in the case of Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771, held unconstitutional and void. For the reasons stated in the opinion of the Proctor Case, the judgment is reversed.